In the Matter of HELEN K. BOYD, Respondent, v. JOHN COLLINS et al., Constituting the Board of Education of Central School District No. 1, Town of Indian Lake, Appellants.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.